# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GWEDOLYN CARTER,

   Plaintiff,

vs.

FORT BEND INDEPENDENT SCHOOL DISTRICT, et al.,

   Defendants.

Case No. 2:17-cv-01930-RFB-CWH

**ORDER**

  Presently before the court is Plaintiff Gwendolyn Carter's Response to Texas Attorney General's Motion to Suspend Local Rules and Advisory to the Court of Absence of Subject and In Personam Jurisdiction Over the State of Texas and Over Judge James H. Shoemake, Presiding Judge of the 434th District Court of Fort Bend County, Texas the Linebarger and County and Motion to Strike Defendant's Motion in its Entirety (ECF Nos. 26, 27), filed on August 21, 2017. On August 11, 2017, the court denied the Texas Attorney General's Motion to Suspend the Local Rules. (Order (ECF No. 12).) The court therefore will deny Plaintiff's motion to strike as moot.

  IT IS SO ORDERED.

  DATED: August 24, 2017

              _____
              **C.W. Hoffman, Jr.**
              **United States Magistrate Judge**