# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GWEDOLYN CARTER,

   Plaintiff,

vs.

FORT BEND INDEPENDENT SCHOOL DISTRICT, et al.,

   Defendants.

Case No. 2:17-cv-01930-RFB-CWH

**ORDER**

  Presently before the court is Defendant Richard L. Muller's Motion to Strike Plaintiff's Amended Opposition to Defendant Richard L. Muller's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (ECF No. 80), filed on October 2, 2017. Plaintiff Gwendolyn Carter did not respond.

  Also before the court is Defendants Yolanda Humphrey and Perdue, Brandon, Fielder, Collins & Mott, LLP's Motion to Strike Plaintiff's Amended Response to #15 Motion to Dismiss (ECF No. 83), filed on October 3, 2017. Plaintiff Gwendolyn Carter did not respond.

  Defendant Muller moves to strike Plaintiff's amended opposition (ECF No. 65) to his motion to dismiss on the grounds that the court did not give Plaintiff permission to file a supplemental brief or a surreply. Defendants Humphrey and Perdue, Brandon, Fielder, Collins & Mott, LLP move to strike Plaintiff's amended opposition (ECF No. 66) to their motion to dismiss for the same reasons. Plaintiff's failure to respond to the motion to strike constitutes a consent to the granting of the motions under Local Rule 7-2(d). Additionally, the court has read and considered the motions and finds that the motions should be granted for the reasons stated in the motions.

  IT IS THEREFORE ORDERED that Defendant Richard L. Muller's Motion to Strike Plaintiff's Amended Opposition to Defendant Richard L. Muller's Motion to Dismiss Pursuant to

Fed. R. Civ. P. 12 (ECF No. 80) is GRANTED.

IT IS FURTHER ORDERED that Defendants Yolanda Humphrey and Perdue, Brandon, Fielder, Collins & Mott, LLP's Motion to Strike Plaintiff's Amended Response to #15 Motion to Dismiss (ECF No. 83) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must STRIKE Plaintiff's Amended Opposition to Richard L. Muller's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (ECF No. 65).

IT IS FURTHER ORDERED that the Clerk of Court must STRIKE Plaintiff's Amended Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (ECF No. 66).

DATED: October 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**