# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GWEDOLYN CARTER, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-01930-RFB-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| FORT BEND INDEPENDENT SCHOOL DISTRICT, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

    Presently before the court is Defendant Richard L. Muller's Motion to Stay Proceedings Pending this Court's Rulings on Defendants' Dispositive Motions (ECF No. 89), filed on October 6, 2017. Defendants Yolanda Humphrey and Perdue, Brandon, Fielder, Collins & Mott, LLP filed a joinder (ECF No. 91) to the motion on October 9, 2017. Defendant Ford Bend County Municipal Utility District #2 filed a joinder (ECF No. 93) to the motion on October 10, 2017. Plaintiff Gwendolyn Carter and the other defendants did not respond to the motion.

    Defendant Muller requests that the court stay this case, including the deadline to respond to Plaintiff's motion for summary judgment (ECF No. 61), pending the court's rulings on Defendants' various motions to dismiss (ECF Nos. 15, 29, 38, 51, 54, 71) for lack of personal jurisdiction, lack of subject matter jurisdiction, insufficient service of process, and other defenses. Defendant Muller argues that the just, speedy, and inexpensive determination of this case would not be promoted by requiring any further action on the part of the defendants at this time. Given that the motion is unopposed, the court will grant it. *See* Local Rule 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.")

///

IT IS THEREFORE ORDERED that Defendant Richard L. Muller's Motion to Stay Proceedings Pending this Court's Rulings on Defendants' Dispositive Motions (ECF No. 89) is GRANTED. All deadlines in this case are stayed pending the United States district judge's rulings on the pending motions to dismiss.

IT IS FURTHER ORDERED that if the court denies any of the pending motions to dismiss, the remaining parties must meet and confer and file a proposed discovery plan and scheduling order with 21 days of the court's ruling on the relevant motion to dismiss.

DATED: October 30, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**